No CV30

FILED
CLERK, U.S. DISTRICT COURT

12/23/22

CENTRAL DISTRICT OF CALIFORNIA
BY: CS                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **EVELYN MARTINEZ,** ) | **CV22-9488-MCS(MAR)** |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION** |
| ) | |
| **vs** ) | **PLAINTIFF'S CIVIL RIGHTS** |
| ) | **COMPLAINT** |
| ) | |
| **CITY OF LOS ANGELES, et al.,** ) | **JURY TRIAL REQUESTED** |
| ) | |
| **Defendant.** ) | |
| ————————————————— ) | |

### PLAINTIFF'S CIVIL RIGHTS COMPLAINT

Plaintiff, Evelyn Martinez hereby files this complaint against Defendant, City of Los Angeles, et al., because of their violations to the Plaintiff's Civil Rights pursuant to 42 U.S.C Section 1983 and because the cause of action arose when the Defendant intentionally and willfully deprived the Plaintiff of her Civil Rights as protected by Amendment 14th, Section I.

### I. PARTIES

1. Plaintiff, Evelyn Martinez, a citizen of the State of California who resides in Los Angeles County.

2. Defendant, City of Los Angeles, the governing body of government operating and conducting governmental duties within the city limits of

Los Angeles pursuant to the laws established by the Mayor, the State, the Federal government and overseen by the Los Angeles City Council members.

## II. BACKGROUND OF CASE

3. The Plaintiff brought forward three claims in 2019 that she submitted to the Defendant's City Attorney's office because of sustained damages caused by the Defendant. The Plaintiff has a right to file claims for damages where the Defendant is directly involved in causing the damages. The process that the Defendant is supposed to follow and adhere to is established by local, City law and rules once a claim number has been assigned to the submitted claim. Once a claim number is assigned a claim's investigator or adjuster is assigned to investigate the claim. The Defendant claims, in writing, as part of the operating and well-established protocol, where investigating claims are concern, that, if necessary, a "City representative will contact the claimant, in order to obtain additional information to ensure a thorough claims investigation". Once an investigation is completed and the Claimant is informed of the Defendant's decision regarding the claim(s) the Claimant has a right to request from the Defendant, all documents and all other material used, acquired, collected and relied on during the investigation process.

## III. FACTS OF THE CASE

4. In August of 2020, the Plaintiff received a denial letter, of her first filed

2

claim from the Defendant and in September 2020 she requested numerous times of the Defendant any and all documents and other collected information used by the Defendant during the claim's investigation to reach their decision on the claim but the Plaintiff received no response.

5. In June of 2021, the Plaintiff enlisted the help of Councilwoman for District 4 office help via one of her representatives' so that they could reach out to the Defendant and request of them on Plaintiff's behalf the release of all documents and related materials regarding the Plaintiff's claim(s). The Defendant's employee, Brian Sam, Chief Investigator, at the City Attorney's office, responded to the Plaintiff, request by ONLY providing all the submitted documents she had provided to them at the time she filed the claim(s) and nothing more.

6. The Plaintiff had no provided documents or material in her possession at anytime during the period of September 2020 up to April 2022 other than those documents she generated herself and provided to the Defendant during the submission of her claim(s) and the reason she did not is because SHE was not provided the material by the Defendant ever despite her many request to them and despite it being the Plaintiff's right to receive them from them because the Defendant was in full possession of the documents/material/audio recording/bodycam footage and more.

7. In April of 2022, the Defendant provided the Plaintiff partial

3

document material access the same documents she had been requesting of them for almost two years which included bodycam videos, audio recordings, police reports and other related to her claim(s) material that indeed were in their possession since the beginning of there or abouts June 12, 2019 a date clearly identified by the Plaintiff many times in her previous request to them for the material.

## IV. FIRST CAUSE OF ACTION
## VIOLATION UNDER THE 14th AMENDMENT OF EQUAL PROTECTION UNDER THE LAW

8.   Plaintiff realleges section II and III thus referencing them here within in part or whole and is here within incorporated.

9.  The Defendant, on June 23, 2022, after being presented with the Plaintiff's claims for damages of her claim assigned claim number C22-20600 for their willful denial, concealing and obstruction of crucial documents and all other material they knew they had control of and in their possession but continued to deny the existence of such material repeatedly until April of 2022 denied the Plaintiff's claim for sustained damages because of their willful, concealing and denying acts of the material.

10.  The Defendant's actions of repeatedly denying the Plaintiff fair investigations into her claims that she brought forward initially in 2019 to them and then denying the existence of all material crucial to the claims

4

repeatedly and finally denying her any review or further investigating of those acts demonstrate a complete depraved indifference to the Plaintiff's 14th Amendment Constitutional Rights of Equal Protection under the law and because the Defendant who handled her claims are all of Caucasian (white) race as well as those reflected in the material they concealed from the Plaintiff, a Hispanic, until April 2022, the Defendant has violated the Plaintiff's Equal Protection rights due to their racial amicus of the Plaintiff, a class of one.

11. Amendment 14th Section I states that the State shall not "deny any person within its jurisdiction the equal protection of the laws". The Defendant never presented to the Plaintiff any legal basis or rationale for their full, long and blatant acts against the Plaintiff's right to a fair and thorough investigation of her claims which automatically requires an investigative body weighing all evidence in its possession and if they did indeed weighed such evidence in regards to the claims the Plaintiff had a right to see such evidence but did not receive it until 19 months later and never would have if not for the discovery process of a current case. The Defendant from the initially filing of the Plaintiff's other claims with them held a racial amicus towards the Plaintiff in direct violation of her equal protection under the law.

12. The Defendant on June 23, 2022 denied an investigation of her claim seeking compensation for the damages sustain during the 19 months of

5

denying that documents, police bodycam footage, police reports, 911 audio recordings and other pertinent material existed and were in their possession since there or about June 12, 2019. They denied a Hispanic female equal protection under the law and due process rights due to their racial amicus because the Defendant's assigned employees and those involved in the denial of the there or abouts June 12, 2019 events, July 2019 and thereafter have been white.

## V. SECOND CAUSE OF ACTION
## 14TH AMENDMENT DUE PROCESS RIGHTS VIOLATIONS

13. The Plaintiff realleges section II-IV of this complaint thus referencing them in part or whole here within incorporated.

14. The Defendant had a legal requirement under Amendment 14th not to deprive any citizen of their constitutional rights to "life, liberty and property". The Plaintiff suffered damages at the hands of the Defendant and sought from them compensation by filing the proper form called a claim for damages and receiving a claim number which entitled the Plaintiff to a fair and thorough investigation of the facts (all the facts) but the investigations were stifled and riddled with obstruction after obstruction and no due process was conducted at all by the Defendant in any of the Plaintiff's claims including the one dated June 23, 2022 because the Plaintiff was a victim of a widespread Defendant racial amicus every step of the way in seeking compensation for their wrong.

## VI. CONCLUSION

6

15. The Plaintiff had a right to be treated with respect, fairness and equality throughout the process of filing with the Defendant a claim for damages whether one or many but the Defendant had other plans for the the Plaintiff's claim(s) which started in 2019 and continued up until the most recently dated filed claim of June 17, 2022 which they also quickly denied on June 23, 2022 because of the Defendant's racial amicus against a class of one claimant a Hispanic woman of which their acts so undeniably and blatantly demonstrate or lack of.

## VII.  RELIEF SOUGHT/DAMAGES

16. Wherefore the Plaintiff respectfully request this Court grants the Plaintiff the following relief in the interest of justice:

    a.  non-economic damages

    b.  punitive damages

17. The Plaintiff request full compensation from the Defendant of all relief sought combined to equal five million dollars ($5,000,000.00) and for further relief as the Court deems proper and just.

Dated  December 22, 2022

PLAINTIFF PRO SE
EVELYN MARTINEZ
5632 Van Nuys Blvd.,
#1219
Sherman Oaks, California  91401
Tel  310 999-5888

