**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN MARTINEZ, | Case No. 2:22-cv-09488-MCS-MAR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES et al., | |
| Defendants. | |

Pursuant to the Court's dismissal order, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 3, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE